IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IDRIS ABDUS SABER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4149 |
| | : | |
| **WELLS FARGO HOME MORTGAGE,** | : | |
| Defendant. | : | |

# ORDER

AND NOW, this        day of October, 2018, upon consideration of Plaintiff Idris Abdus Saber's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** in accordance with the Court's memorandum.

4. Saber may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint shall clearly state the factual basis for Saber's claims against Wells Fargo. Any amended complaint shall also clearly state the basis for this Court's jurisdiction over Saber's claims. Upon the filing of an amendment, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Saber a blank copy of the Court's form Complaint to be used by a litigant bringing a civil action, bearing the above-captioned civil action number.

6. If Saber does not file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**
**WENDY BEETLESTONE, J.**